# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kolwe, John W. | U. S. Bankruptcy Court | 08/07/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U. S. Bankruptcy Court
800 Lafayette, Suite 3900
Lafayette, LA 70501

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Rod Noles Property Management - Salary |
| 2. | 2019 | Latter Blum/Noles-Frye Realty - Commissions |
| 3. | 2019 | Rod Noles |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolwe, John W. | 08/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolwe, John W. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. J P Morgan Chase | A | Interest | J | T | | | | | |
| 2. Northwestern Mutual/Ins-Whole Life | C | Dividend | M | T | | | | | |
| 3. Iberia Bank | B | Interest | M | T | | | | | |
| 4. Edward Jones (X) | B | Dividend | L | T | | | | | |
| 5. Fidelity Investments #1: (H) | | | | | | | | | |
| 6. Strategic Adv Core (FCSAX) | B | Dividend | K | T | | | | | |
| 7. Strategic Adv Growth (FSGFX) | A | Dividend | J | T | | | | | |
| 8. Strategic Adv Val (FVSAX) | A | Dividend | J | T | | | | | |
| 9. Strategic Adv Emer (FSAMX) | A | Dividend | J | T | | | | | |
| 10. Strategic Adv Small-Mid (FSCFX) | A | Dividend | J | T | | | | | |
| 11. Strategic Adv Int (FILFX) | A | Dividend | J | T | | | | | |
| 12. Strategic Adv Short (FAUDX) | A | Dividend | J | T | | | | | |
| 13. Strategic Adv Income (FPIOX) | A | Dividend | J | T | | | | | |
| 14. Strategic Adv Core (FPCIX) | A | Dividend | K | T | | | | | |
| 15. FIMM GOVT PORT (FRGXX) | A | Dividend | J | T | | | | | |
| 16. FIDELITY SAI US LARGE (FLCPX) | A | Dividend | J | T | | | | | |
| 17. FIDELITY SAI INTL (FIONX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolwe, John W. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  FIDELITY SAI EMERY (FERGX) | A | Dividend | J | T | | | | | |
| 19.  AQR MANAGED (AQMNX) | A | Dividend | J | T | | | | | |
| 20.  EATON VANCE (EGRIX) | A | Dividend | | | Sold | 04/03/19 | J | A | |
| 21.  EATON VANCE ADVT A (EGRAX) | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 22.  PIMCO COMMODITY (PCRIX) | A | Dividend | J | T | | | | | |
| 23.  Fidelity Investments #2: (H) | | | | | | | | | |
| 24.  Strategic Adv Core (FCSAX) | D | Dividend | M | T | Sold<br>(part) | 01/30/19 | J | | |
| 25. | | | | | Sold<br>(part) | 04/03/19 | J | | |
| 26. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 27.  Strategic Adv Growth (FSGFX) | D | Dividend | L | T | Sold<br>(part) | 03/11/19 | J | | |
| 28. | | | | | Sold<br>(part) | 04/03/19 | J | | |
| 29. | | | | | Sold<br>(part) | 05/30/19 | J | | |
| 30. | | | | | Sold<br>(part) | 08/14/19 | J | | |
| 31. | | | | | Sold<br>(part) | 09/26/19 | J | | |
| 32. | | | | | Sold<br>(part) | 12/09/19 | J | | |
| 33.  Strategic Adv Value (FVSAX) | D | Dividend | L | T | Sold<br>(part) | 03/11/19 | J | | |
| 34. | | | | | Sold<br>(part) | 05/30/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolwe, John W. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 09/26/19 | J | | |
| 36. | | | | | Sold<br>(part) | 12/09/19 | J | | |
| 37. Strategic Adv Emer (FSAMX) | A | Dividend | K | T | Buy<br>(add'l) | 01/30/19 | J | | |
| 38. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 39. Strategic Adv Small (FSCFX) | B | Dividend | L | T | Sold<br>(part) | 01/30/19 | J | | |
| 40. Strategic Adv Inter (FILFX) | C | Dividend | M | T | Sold<br>(part) | 04/03/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 08/14/19 | J | | |
| 42. | | | | | Sold<br>(part) | 09/26/19 | J | | |
| 43. Strategic Adv Short (FAUDX) | A | Dividend | K | T | Sold<br>(part) | 04/03/19 | J | | |
| 44. Strategic Adv Income Fund (FPIOX) | A | Dividend | J | T | Sold<br>(part) | 04/03/19 | J | | |
| 45. | | | | | Sold<br>(part) | 09/26/19 | J | | |
| 46. Strategic Adv Core Fund (FPCIX) | D | Dividend | M | T | Buy<br>(add'l) | 01/30/19 | J | | |
| 47. | | | | | Buy<br>(add'l) | 03/11/19 | J | | |
| 48. | | | | | Buy<br>(add'l) | 04/04/19 | J | | |
| 49. | | | | | Sold<br>(part) | 05/30/19 | J | | |
| 50. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 51. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kolwe, John W. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 53.   FIDELITY SAI US LARGE (FLCPX) | A | Dividend | K | T | Sold<br>(part) | 03/11/19 | J | | |
| 54. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 55.   FIDELITY SAI INT'L (FIONX) | A | Dividend | J | T | Sold<br>(part) | 01/30/19 | J | | |
| 56. | | | | | Sold<br>(part) | 06/27/19 | J | | |
| 57.   FIDELITY SAI EMER (FERGX) | A | Dividend | J | T | Sold<br>(part) | 08/14/19 | J | | |
| 58.   FIMM GOVT (FRGXX) | A | Dividend | J | T | Sold<br>(part) | 02/11/19 | J | | |
| 59. | | | | | Buy<br>(add'l) | 03/11/19 | J | | |
| 60. | | | | | Sold<br>(part) | 05/13/19 | J | | |
| 61. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 62. | | | | | Sold<br>(part) | 08/26/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 64. | | | | | Sold<br>(part) | 11/18/19 | J | | |
| 65. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 66.   AQR MANG FUT (AQMNX) | A | Dividend | J | T | Sold<br>(part) | 04/03/19 | J | | |
| 67.   EATON VANCE (EGRIX) | A | Dividend | | | Sold | 04/03/19 | J | A | |
| 68.   EATON VANCE ADVT A (EGRAX) | A | Dividend | J | T | Buy | 04/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolwe, John W. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   PIMCO COMM (PCRIX) | A | Dividend | J | T | Sold<br>(part) | 09/26/19 | J | | |
| 70. | | | | | Sold<br>(part) | 12/09/19 | J | | |
| 71.   ASG MANAGED (AMFAX) | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kolwe, John W.** | 08/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ John W. Kolwe**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544